**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 591 MAL 2022

            Respondent        :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

           v.                 :

IAN FRANCIS MITCHELL,         :

            Petitioner         :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.